**Brenda CARLSEN, Plaintiff–Appellant,**

v.

**STANFORD UNIVERSITY,**
**Defendant–Appellee.**

No. 14–15579.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 14, 2016.

Filed April 25, 2016.

George S. Duesdieker, Law Office of George Duesdieker, Menlo Park, CA, for Plaintiff–Appellant.

Bradley Wayne Kampas, Esquire, Joshua Alan Kuns, Counsel, Jackson Lewis LLP, San Francisco, CA, for Defendant–Appellee.

Before: WALLACE, SCHROEDER, and KOZINSKI, Circuit Judges.

MEMORANDUM *

Brenda Carlsen appeals from the district court's judgment denying remand and dismissing her case against Stanford University. Carlsen seeks damages for loss of consortium, stemming from Stanford's termination of her husband, Dan Gazzano. We affirm. Res judicata bars Carlsen's claim because when she attempted to join her husband's lawsuit, the district court dismissed her claim, as preempted by § 301 of the Labor Management Relations Act, and she did not appeal that judgment. *See Federated Dep't Stores, Inc. v. Moitie*, 452 U.S. 394, 398, 101 S.Ct. 2424, 69 L.Ed.2d 103 (1981).

Stanford's motion to take judicial notice is denied.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.